ACCEPTED
01-15-00424-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 3:25:35 PM
CHRISTOPHER PRINE
CLERK

# Shipley Snell Montgomery
LLP

712 MAIN STREET
SUITE 1400
HOUSTON, TX 77002

T: (713) 652-5920
F: (713) 652-3057

amaddux@shipleysnell.com
direct (713) 499-3823

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 3:25:35 PM
CHRISTOPHER A. PRINE
Clerk

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN 26 2015

CHRISTOPHER A. PRINE
CLERK

June 26, 2015

436.001

**BY COURIER**

The Honorable Christopher A. Prine
Clerk, First Court of Appeals
FIRST COURT OF APPEALS
301 Fannin St.
Houston, Texas 77002-2066

   Re: **Court of Appeals No.: 01-15-00424-CV**
     **Trial Court Case No.: 2007-67830**

     Style: *Syrian-American Oil Corporation, S.A. v. Pecten Orient Company*
     *f/k/a Pecten Ash Sham f/k/a Pecten Syria Petroleum Company*

Dear Mr. Prine:

   This letter is in response to your letters of June 4, 2015 and June 9, 2015 regarding payment arrangements for the reporter's record and the clerk's record in the above-referenced appeal. As shown by the attachments, Appellant SAMOCO has made arrangements to pay the costs of both records. SAMOCO paid the deposits requested by both the reporter and the clerk. Once each has advised SAMOCO's counsel of the remainder of the cost for each record, SAMOCO will remit the remaining amounts.

   Please let me know if you have any questions.

          Very truly yours,

          Amy Douthitt Maddux

ADM/kla
Enclosures

D4492A4DE88C7616: 0001

cc:     Mr. Craig Olivier
        OLIVIER & MUNDY, LLP
        1414 West Clay St.
        Houston, Texas 77019
        **BY ELECTRONIC MAIL**

        Mr. William D. Wood
        Mr. Warren Szutse Huang
        Mr. J. Christopher Champion
        Ms. Lauren W. Varnado
        NORTON ROSE FULBRIGHT US LLP
        1301 McKinney St., Ste. 5100
        Houston, Texas 77010
        **BY ELECTRONIC MAIL**

        Mr. John W. Stevenson, Jr.
        Mr. W. Robert Hand
        STEVENSON & MURRAY
        24 Greenway Plaza, Suite 750
        Houston, Texas 77046-2416
        **BY ELECTRONIC MAIL**

        Mr. Robert S. Godlewski
        LAW OFFICES OF ROBERT S. GODLEWSKI
        3950 Braxton, Ste. 100
        Houston, Texas 77063
        **BY ELECTRONIC MAIL**

# Shipley Snell
# Montgomery
LLP

712 MAIN STREET
SUITE 1400
HOUSTON, TX 77002

T: (713) 652-5920
F: (713) 652-3057

SHIPLEYSNELL.COM

amaddux@shipleysnell.com
direct: (713) 490-3827

June 25, 2015

435.001

BY HAND DELIVERY

MyThuy Cieslar, CSR, RDR, CRR
Official Court Reporter
190th District Court
201 Caroline, Suite 1204
Houston, TX 77002

> Re: Appeal in No. 2007-67830; *Syrian-American Oil Corporation S.A. v. Pecten Orient Company f/k/a Pecten Ash Sham f/k/a Pecten Syria Petroleum Company*; in the 190th Judicial District Court of Harris County, Texas

Dear Ms. Cieslar:

On June 3, 2015, you informed SAMOCO's counsel that the estimated cost for preparation of the reporter's record in the above-referenced case would likely be between $8,000 and $9,000, and you requested a deposit of half that amount. Attached is a firm check for $5,000, which more than covers the requested deposit. Once you have the exact total, please let me know that amount, and SAMOCO will remit the remaining payment.

Very truly yours,

*Amy Douthitt Maddux/*
dch

Amy Douthitt Maddux

ADM/dch

Attachment

D97EEA4CF8849322·000153205320



*MyThuy Cieslar, CSR, RDR, CRR*
*Official Court Reporter*
*190th District Court*
*201 Caroline, Suite 1204*
*Houston, Texas  77002*
*(713) 368-6326*

*MyThuy_Cieslar@Justex.Net*

Ordering Party:                         Tax ID No. 586507010

| | | | |
|---|---|---|---|
| Name: | Shipley Snell Montgomery LLP | Case No. | 2007-67830 |
| Law Firm: | | Case Style: | Syrian-American |
| | 712 Main Street, Suite 1400 | | vs. |
| State/Zip: | Houston, TX  77002 | | Pecten Orient Company |
| Telephone | 713.490.3829 | Court: | 190th District Court |
| Email: | dholloway@shipleysnell.com | Judge: | Judge Patricia Kerrigan |
| Fax: | Debi Holloway - paralegal | | |

Proceeding Date:     Appeal

| Description | TOTAL |
|---|---|
| Deposit for appeal - Syrian American vs. Pecten case | $5,000.00 |
| Received on 6/25/15 | |
| | $ 5,000.00 |
| | $ -- |
| | $ -- |
| | $ 5,000.00 |

**Payment Due Upon Receipt**

# Shipley Snell Montgomery
LLP

712 MAIN STREET
SUITE 1400
HOUSTON, TX 77002

T: (713) 652-5920
F: (713) 652-3057

SHIPLEYSNELL.COM

amaddux@shipleysnell.com
direct: (713) 490-3827

June 25, 2015

435.001

By Hand Delivery

Post-Trial Department
Harris County District Court
201 Caroline, Suite 250
Houston, TX 77002

> Re: Appeal in No. 2007-67830; *Syrian-American Oil Corporation S.A. v. Pecten Orient Company f/k/a Pecten Ash Sham f/k/a Pecten Syria Petroleum Company*; in the 190th Judicial District Court of Harris County, Texas

Dear Sir or Madam:

On June 5, 2015, you informed SAMOCO's counsel that the estimated cost for preparation of the clerk's record in the above-referenced case would likely be between $6,000 and $7,000, and you requested a deposit of half that amount. Attached is a firm check for $3,000. Once you have the exact total, please let me know that amount, and SAMOCO will remit the remaining payment.

Very truly yours,

Amy Douthitt Maddux
dch

Amy Douthitt Maddux

ADM/dch

Attached

D1E40A4DD7ACE360: 000153205320

# RECEIPT

Re:    Appeal in No. 2007-67830; *Syrian-American Oil Corporation S.A. v. Pecten Orient Company f/k/a Pecten Ash Sham f/k/a Pecten Syria Petroleum Company*; in the 190th Judicial District Court of Harris County, Texas

This will confirm receipt of Shipley Snell Montgomery LLP's check in the amount of $3,000.00 which represents the required deposit for preparation of the clerk's record in the above-referenced matter.

Received by: *Khiela Jackson*

Printed Name: Khiela Jackson

Date: 6-26-2015

D51F2A4DD3CC6747: 000153205320